William A. Barnhill, Hubert T. Morrow, James S. Bennett, Frank G. Finlayson and Finlayson, Bennett & Morrow as *Amici Curiae* in Support of Respondent.

MARKS, ▉ The facts in this case are identical with those in the case of *Carr* v. *Kingsbury*, (Civ. No. 186) *ante*, p. 165 [295 Pac. 586], except the description of the property upon which appellant has made his location. The decision in the Carr case has this day been filed. The questions of law involved in the instant case are identical with those in the Carr case, therefore, for the reasons given in the case of *Carr* v. *Kingsbury*, the judgment in this case is affirmed.

Barnard, P. J., and Warmer, J., *pro tem.*, concurred.

A petition for a rehearing of this cause was denied by the District Court of Appeal on February 11, 1931, and a petition by appellant to have the cause heard in the Supreme Court, after judgment in the District Court of Appeal, was denied by the Supreme Court on March 16, 1931.

[Civ. No. 190. Fourth Appellate District.—January 16, 1931.]

THOMAS A. JOYNER, Appellant, v. W. S. KINGSBURY, as Chief of the Division of Lands, etc., Respondent.

Head, Wellington & Jacobs; I. B. Dockweiler, John Dockweiler, Roy Maggart, George B. Bush and Philip C. Farman for Appellant.

U. S. Webb, Attorney-General, and H. H. Linney and John W. Maltman, Deputies Attorney-General, for Respondent.

L. W. Blodgett, City Attorney, as *Amicus Curiae* in Support of Appellant.

William A. Barnhill, Hubert T. Morrow, James S. Bennett, Frank G. Finlayson and Finlayson, Bennett & Morrow as *Amici Curiae* in Support of Respondent.

MARKS, ▆▆▆▆ The facts in this case are identical with those in the case of *Carr* v. *Kingsbury*, (Civ. No. 186) *ante*, p. 165 [295 Pac. 586], except the description of the property upon which appellant has made his location. The decision in the Carr case has this day been filed. The questions of law involved in the instant case are identical with those in the Carr case, therefore, for the reasons given in the case of *Carr* v. *Kingsbury*, the judgment in this case is affirmed.

Barnard, P. J., and Warmer, J., *pro tem.*, concurred.

A petition for a rehearing of this cause was denied by the District Court of Appeal on February 11, 1931, and a petition by appellant to have the cause heard in the Supreme Court, after judgment in the District Court of Appeal, was denied by the Supreme Court on March 16, 1931.

[Civ. No. 187. Fourth Appellate District.—January 16, 1931.]

ROY MAGGART, Appellant, v. W. S. KINGSBURY, as Chief of the Division of State Lands, etc., Respondent.